| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Adriana E. Ortiz | Case Number:<br><br>3:2019-bk-82049 | |
| Name of Creditor:<br><br>Fifth Third Bank, National Association | | |
| Name of Current Servicer of account:<br><br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br><br>Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1.    Account Number: **7592**  UCID: **WFCMGF1982049ILN84567592** | | ___ Check this box if the account number has changed. |
| 2.    Court Claim Number: **3** | | |
| 3.    **Signature:**<br><br> **Check the appropriate box.**<br>       I am the creditor.<br>   X  I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)<br>       I am the trustee, or the debtor.<br>       I am a guarantor, surety, endorser, or other codebtor.<br><br>  By:    /s/ TYKIA JANEA' MARTIN                              Date:  12/28/2021<br>         VP Loan Documentation | | |

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:                                      CASE NO.:    19-82049

**Adriana E. Ortiz**                       CHAPTER:    13

**Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before December 29, 2021, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*                    *By U.S. Postal Service First Class Mail Postage Prepaid:*

Adriana E. Ortiz
712 McHenry Ave.
McHenry, IL 60050

*Debtor's Attorney:*         *By CM / ECF Filing:*

Arthur Corbin
Corbin Law Firm, LLC
636 S. River Rd.
Suite 201
Des Plaines, IL 60016

                                       *By CM / ECF Filing:*

Fiona M. Whelan
Lydia S. Meyer, Trustee
308 W. State Street, Suite 212
Rockford, IL 61101

*Trustee:*                    *By CM / ECF Filing:*

| | |
|---|---|
| *Trustee:* | Lydia Meyer |
| | Lydia Meyer - 13 Trustee |
| | P.o. Box 14127 |
| | Rockford, IL 61105-4127 |

/s/ John Shelley

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)